*In re* JOSÉ R. LÓPEZ DE VICTORIA BRÁS.

*Número:* TS-2787    *Resuelto:* 28 de septiembre de 2005

*José R. López de Victoria Brás*, querellado que comparece por por derecho propio.

## RESOLUCIÓN

Examinada la Moción Solicitando Reinstalación a la Abogacía, presentada por el Sr. José R. López de Victoria Brás, se autoriza la reinstalación inmediata de éste al ejercicio de la abogacía. Se apercibe al licenciado López de Victoria Brás que de volver a incurrir en una conducta similar a la que mereció su suspensión, conllevará medidas disciplinarias más severas.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*